**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: _____

RAYMOND KHAN

    Plaintiffs,

v.

L & B CIP BELLEVIEW PROMENADE, LLC,
A Delaware Limited Liability Company and
CBRE GWS REAL ESTATE SERVICES, INC.,
A Connecticut Corporation,

    Defendants.

## NOTICE OF REMOVAL

Defendants, L & B CIP BELLEVIEW PROMENADE, LLC and CBRE GWS REAL ESTATE SERVICES, INC., by and through their counsel, The Law Office of Julie J. Noonan, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal of the above action from the District Court for Arapahoe County, Colorado ("Arapahoe County District Court") to the United States District Court for the District of Colorado. Copies of all pleadings and orders in the state court file are filed with this Notice. In support hereon, Defendants state as follows:

1. On January 8, 2019, Plaintiff filed a civil action in the Arapahoe County District Court Case no. 2019CV30044. *See* Complaint, attached hereto as ***Exhibit A***. This action stems

from an alleged slip and fall accident that occurred at the Belleview Promenade in Greenwood Village Colorado on January 17, 2017.

2.  Defendant L & B Belleview Promenade, LLC, was and is a Delaware Limited Liability Company, and was served a copy of the Complaint on January 10, 2019 via the service of process on its registered agent.  *See* Notice of Service of Process dated January 10th, 2019 attached hereto as ***Exhibit B***.  Additionally, Defendant, CBRE GWS Real Estate Services, Inc. was and is a Connecticut Corporation, and was served a copy of the Complaint on January 10, 2019*.  See* Notice of Service of Process for CBRE GWS Real Estate Services, Inc., attached as ***Exhibit. C***. Therefore, this Notice of Removal is timely filed "within 30 days after receipt by the defendant through service or otherwise."  28 U.S.C. § 1446(b)(1).

3.  This is an action in which the District Courts of the United States have original jurisdiction under the provisions of 28 U.S.C.§ 1332(a)(2), because diversity of citizenship exists between Plaintiff and Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.  Complete diversity exists when each defendant is a citizen of a different state or of a foreign state from each plaintiff.  *Ravenswood Inc. Co. L.P.  v. Avalon Correctional Services,* 651 F.3d 1219, 1223 (10th Cir. 2011). Defendant, L & B CIP Belleview Promenade, LLC is a Delaware Corporation. *See **Exhibit B***.  Defendant CBRE GWS Real Estate Services, Inc. is a Connecticut corporation. *See **Exhibit C***.  Based upon information and belief as well as the Complaint, Plaintiff is a citizen of the State of Colorado.  *See **Exhibit A.***  It follows that because Plaintiff and Defendants are citizens of different states, complete diversity exists.

5. The amount in controversy in this case exceeds the amount of $75,000 exclusive of interest and costs. Pursuant to 28 U.S.C. § 1446(c)(2)(A)(ii), "the notice of removal may assert the amount in controversy if the initial pleading seeks a money judgment, but the State practice….does not permit demand for a specific sum." In Colorado, a plaintiff may not state a demand for a specific dollar amount in the complaint. C.R.C.P. 8(a) ("No dollar amount shall be stated in the prayer or demand for relief."). When state practice prohibits the pleading of a specific sum in the complaint, removal is proper on the basis of the amount asserted by the defendant "if the Court finds, by a preponderance of the evidence, that the amount in controversy exceeds" $75,000. 28 U.S.C. § 1446(c)(2)(B), (3)(A).

6. Although Defendants deny Plaintiff's claims, Defendants believe in good faith that more than $75,000 is in controversy. While not sufficient in and of itself, Plaintiff represented to the Arapahoe County District Court in his Civil Cover Sheet that he is seeking damages in excess of $100,000, exclusive of interest and costs. *See **Exhibit D.*** Plaintiff has previously stated that he suffered a sprained back, was diagnosed with CTE and lost wages as a fitness instructor on account of his injuries. *McPhail V. Deere & Co*. 529 F.3d 947, 974 (10th Cir. 2008) (a defendant may show that the amount in controversy is greater than $75,000 "'by reference to the plaintiff's informal estimates or settlement demands'") (quoting *Meridian Security Ins., Co. v. Sadowski*, 441 F.3d 356, 541-42 (7th Cir. 2006); *Phillips v. Lincare Inc.*, 2013 WL 6689361, case no. 13-cv-01746-LTB-BNB, * (D. Colo. Dec. 19, 2013). In addition, Plaintiff alleges that as a direct and proximate result of Defendants' negligence, Plaintiff Raymond Khan suffered pain and suffering, loss of enjoyment of life, temporary disability, and

permanent disability.  *See Exhibit A*.  Accordingly, Defendants meet their burden of showing, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.00.

7. Additionally, Defendants have satisfied all other requirement for removal:  the District Court of Arapahoe County, Colorado, is located within the District of Colorado, *see* 28 U.S.C. § 1441(a); and neither defendant is a citizen of Colorado, where this action was brought.  *See* 28 U.S.C. 1441(b).

8. It follows that the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and this action is properly removed from Arapahoe County District Court to this Court pursuant to 28 U.S.C. § 1441(1)(a.).

9. Attached as *Exhibit E* is the docket from the Arapahoe County District Court, and a copy of the contents of the case file, not already identified in this Notice.  The federal civil cover sheet to the Notice of Removal is attached as *Exhibit F*.

10. Under 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of the original Notice of Removal will be filed with the Clerk of the Arapahoe County District Court and served on the attorney for Plaintiff as indicated in the attached Certificate of Service.

WHEREFORE, Defendants L & B CIP BELLEVIEW PROMENADE, LLC and CBRE GWS REAL ESTATE SERVICES, INC., remove this action from the Arapahoe County District Court to the United States District Court for the District of Colorado.

Respectfully submitted this 31st day of January, 2019.

        THE LAW OFFICE OF JULIE J. NOONAN

        */s/* Julie J. Noonan
        Julie J. Noonan
        Law Office of Julie J. Noonan
        5250 N. Palm Avenue, Suite 201
        Fresno, CO 93704
        T: (720) 289-7345
        F: (303) 291-79772019
        Julie.noonan@zurichna.com
        Attorney for Defendants L & B CIP Belleview Promenade, LLC and CBRE GWS Real Estate Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was filed with the Clerk of the Court using the CM/ECF electronic filing system this 31st day of January, 2019 with service upon the following:

I Edward Hunter
Huttner & Huttner
P.O. Box 3364
Greenwood Village, CO 80155
Email: rbhuttner@gmail.com

        */s/* Amparo Farnam
        Amparo Farnam, Secretary
        Law Office of Julie J. Noonan