EXHIBIT A

| District Court Arapahoe County, Colorado<br>Court Address:<br>7325 South Potomac Street, Centennial, Colorado 80112 | |
|---|---|
| Plaintiff(s): Raymond Khan<br><br>v.<br><br>Defendant(s): L&B CIP BELLEVIEW PROMENADE, LLC, a Delaware Limited Liability Corporation, and CBRE GWS Real Estate Services, Inc., a Connecticut Corporation, Jointly and Severally | ▲ COURT USE ONLY ▲<br><br>Case Number: 2019CV30044<br><br>Division: 15   Courtroom: |

**DISTRICT COURT CIVIL SUMMONS**

**TO THE ABOVE NAMED DEFENDANT:** L&B CIP BELLEVIEW PROMENADE, LLC, a Delaware Limited Liability Corporation, and CBRE GWS Real Estate Services, Inc., a Connecticut Corporation, Jointly and Severally

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: __1/8/2019__

Clerk of Court/Clerk

_[signature]_
Signature of Attorney for Plaintiff

P.O. Box 3364
Address of Attorney for Plaintiff

Greenwood Village, Colorado 80155

(303)-333-7703
Attorney for Plaintiff's Phone Number

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

JDF 600  R10-13  DISTRICT COURT CIVIL SUMMONS

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600  R10-13   DISTRICT COURT CIVIL SUMMONS

| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE<br>STATE OF COLORADO<br><br>7325 South Potomac Street, Centennial, Colorado 80112 | DATE FILED: January 8, 2019 10:47 AM<br>FILING ID: 55B12FC3AE3CD<br>CASE NUMBER: 2019CV30044 |
| Raymond Khan,<br><br>Plaintiff,<br><br>v.<br><br>L&B CIP BELLEVIEW PROMENADE, LLC, a Delaware Limited Liability Corporation, and CBRE GWS Real Estate Services, Inc., a Connecticut Corporation, Jointly and Severally,<br><br>Defendants | ▲ COURT USE ONLY ▲<br><br>Case Number<br><br><br><br>Division: |
| I. Edward Huttner, #14138<br>Huttner & Huttner<br>P.O. Box 3364<br>Greenwood Village, Colorado 80155<br>(303) 333-7703<br>(303) 333-7706 (fax) | |

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, Raymond Khan by and through his attorney, I. Edward Huttner and the law firm of Huttner & Huttner, an attorney duly licensed to practice law in the State of Colorado, and submits this, his Complaint for Damages and Demand for Jury Trial, and does state and allege as follows:

### INTRODUCTORY ALLEGATIONS

1. The Plaintiff is an individual who is a resident and domiciliary of the City and County of Denver, State of Colorado.

2. The Defendant, L&B CIP BELLEVIEW PROMENADE, LLC, is a Limited Liability Company formed under the laws of the State of Delaware. At all times pertinent herein, L&B CIP BELLEVIEW PROMENADE, LLC, hereinafter referred to as Belleview Promenade, is the fee simple owner and operator of a shopping center located at 8000 East Belleview Avenue

in the County of Arapahoe, State of Colorado. The shopping center is commonly known as Belleview Promenade.

3. The Defendant, CBRE GWS Real Estate Services, Inc. is a Corporation formed under the laws of the State of Connecticut. At all times pertinent herein, CBRE GWS Real Estate Services, Inc., hereinafter referred to as CBRE, operated, managed, and controlled the shopping center located at 8000 East Belleview Avenue commonly known as Belleview Promenade which is located in the County of Arapahoe, State of Colorado.

4. On or about January 17, 2017, the Plaintiff was a customer and business invitee to Belleview Promenade, located at 8000 East Belleview Avenue in the County of Arapahoe, State of Colorado.

5. On or about January 17, 2017, a dangerous and hazardous condition existed on the common area sidewalks of the premises owned by Defendant Belleview Promenade and operated and maintained by Defendant CBRE. The dangerous condition was at the front entrance to numerous tenants the shopping center including Bar Louie and ImageMD. The ice and hazardous condition was a foreseeable hazard in the clear view of the owners and operators who failed to remove the condition prior to the Plaintiff entering the business premises during normal business hours. There were no posted warnings, signs, cones, or any personnel to assist patrons in avoiding the hazard.

6. That on or about January 17, 2017, during normal business hours, the Plaintiff, while a customer of the shopping center, having parked in the designated parking area, in front of the business establishment known as Bar Louie, walked onto the sidewalk in front of the establishment and slipped and fell on a sheet of ice that extended the length of the sidewalk. The sidewalk was solid ice unsafe. The design and drainage was such that ice at this location was clearly foreseeable and known to the Defendants and the Defendants took no action to remove the ice or warn of its hazards.

7. That, as a result of the unsafe and dangerous condition on the premises, Plaintiff slipped and fell and suffered traumatic injuries.

8. This Court has jurisdiction over the subject matter of this action and the parties hereto and venue is proper in the County of Arapahoe, as the accident occurred in Arapahoe County.

### FIRST CLAIM FOR RELIEF
(Premise Liability C.R.S. § 13-21-115)

9. Plaintiff incorporates herein all allegations contained in paragraphs 1 through 8 in the Introductory Allegations.

10. Plaintiff alleges that by the Defendants unreasonable failure to exercise reasonable care with respect to dangers created by the landlord, of which the landlord knew or had reason to know, were the direct and proximate cause of the damages and injuries sustained by Plaintiff.

11. Plaintiff alleges that by the Defendants unreasonable failure to warn of dangers not created by the Defendants, which are not ordinarily present on the property of the type involved in this action but are of which the landlord actually knew, are the direct and proximate cause of the injuries suffered and sustained by Plaintiff.

12. Plaintiff alleges that the Defendants are jointly and severally liable and responsible for the injuries sustained by Plaintiff.

13. Plaintiff alleges that pursuant to C.R.S. § 13-21-115 5(a), that Plaintiff at all time pertinent herein was an "invitee" in that the sole and exclusive purpose for Plaintiffs entry onto Defendants property was for the purpose to transact business.

14. Plaintiff alleges that there was no alternative route or ingress to access the shopping malls tenants other than the sidewalks utilized by the Plaintiff.

15. Plaintiff alleges that the Defendants has an affirmative duty to maintain their premises in a manner to protect Plaintiff from known conditions on the premises which created a risk of injury or damages to Plaintiff and failed to cure the condition or warn the Plaintiff that such a condition existed at its front entrance.

16. That as a direct, immediate and proximate result of the Defendant's breach of its duty as alleged in Paragraph 15 above, conditions occurred on the premises located at 8000 East Belleview Avenue in the County of Arapahoe, State of Colorado, which caused Plaintiff to slip and fall and suffer traumatic injuries, loss, and damages.

17. Plaintiff has suffered damages, great pain, aggravation of prior injuries, bruising, suffering, discomfort, emotional distress, and loss of income as a result of Defendant's negligence and/or breach of duty in their use of their business premises.

18. As a direct, immediate and proximate result of the Defendant's negligence and/or breach of duty, the Plaintiff has incurred medical, therapeutic, and physician expenses.

19. As a direct, immediate and proximate result of the Defendant's negligence and/or breach of duty, the Plaintiff has lost the ability to enjoy life as he did before the incident and loss of income.

**WHEREFORE**, on account of the matters set forth in the First Claim For Relief, Plaintiff Raymond Khan prays for a judgment in favor of the Plaintiff, Raymond Khan, and against the Defendants, L&B CIP BELLEVIEW PROMENADE, LLC, a Delaware Limited Liability Corporation, and CBRE GWS Real Estate Services, Inc., a Connecticut Corporation,

3

Jointly and Severally, in an amount which will fully compensate him for his injuries and damages in the past, present and future including for past, present and future medical expenses, for past, present and future pain and suffering, for personal injuries, for loss of income, for emotional distress, for loss of the ability to enjoy life as he did before the accident, and for other non-economic damages, for interest on such sums as is provided by law, for attorneys' fees, expert witness fees, costs and for such other and further relief as this Court deems proper in the premises.

### PLAINTIFF DEMANDS A TRIAL BY JURY

DONE this 8th day of January, 2019.

Respectfully submitted,
**HUTTNER & HUTTNER**

*Original duly signed and on file
at the office of Plaintiff's Counsel*

_____
I. Edward Huttner, #14138
*Attorney for Plaintiff*

**Plaintiff's Address**

Raymond Khan
2105 Grove Street
Denver, Colorado 80211

4